## HAMILTON *v.* HAMILTON.

HILL, J. 1. The trial judge abused his discretion in granting temporary alimony, to which exception is taken.

2. There was no abuse of discretion in allowing the mother to retain temporary custody of the child.

*Judgment reversed in part and affirmed in part. All the Justices concur.*

No. 8713. MARCH 16, 1932.

. *Ripley & Bailey,* for plaintiff in error.   *H. H. Hamrick,* contra.